STATE v. SOUHRADA

No. 536P82.

Case below: 57 N.C. App. 710.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 5 October 1982.

STATE v. TATE

No. 507P82.

Case below: 58 N.C. App. 494.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1982. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 October 1982.

STATE v. WASHINGTON

No. 436P82.

Case below: 57 N.C. App. 666.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 September 1982. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 21 September 1982.

STATE v. WHITLEY

No. 526P82.

Case below: 58 N.C. App. 539.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1982. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 October 1982.

STATE v. WILKERSON & WILKERSON

No. 478P82.

Case below: 58 N.C. App. 240.

Petition by defendants for discretionary review under G.S. 7A-31 denied 21 September 1982.